IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CV-143-D

| KEVIN D. LONG, | ) |  |
|---|---|---|
| Plaintiff, | ) ) ) |  |
| v. | ) ) | ORDER FOR COSTS |
| ANDREW M. SAUL, Commissioner of Social Security, | ) ) ) ) |  |
| Defendant. | ) ) |  |

This matter is before the Court on plaintiff's Bill of Costs as the prevailing party in an action to review the final decision of the Social Security Administration.

As the prevailing party and pursuant to 28 U.S.C. § 1920, plaintiff is awarded $400.00 for filing fees as fees of the Clerk. Total costs in the amount of $400.00 are taxed against defendant and awarded to the plaintiff.

SO ORDERED. This _1_ day of November 2019.

JAMES C. DEVER III
United States District Judge